

FILED

SEP 27 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| BARNARD CONSTRUCTION COMPANY, INC., a Montana Corporation<br><br>Petitioner,<br><br>vs.<br><br>HELIX ELECTRIC, INC., a California Corporation,<br><br>Respondent. | No. CV-17-48-BU-SEH<br><br>**ORDER** |

Petitioner filed its Petition to Compel Arbitration and Stay the State Court Action Pursuant to Sections 3 & 4 of the Federal Arbitration Act on July 21, 2017.[1] Respondent filed its Motion to Dismiss for lack of personal jurisdiction and improper venue on August 15, 2017.[2] On September 27, 2017, the Court conducted a hearing on Respondent's Motion to Dismiss.

---

[1] Doc. 1.

[2] Doc. 9.

Upon the briefs and the record made in open court,

ORDERED:

1. Respondent's Motion to Dismiss is DENIED.

2. Petitioner's Petition to Compel Arbitration and Stay the State Court Action Pursuant to Sections 3 & 4 of the Federal Arbitration Act is GRANTED in part and DENIED in part. Arbitration shall proceed as provided in Section 12.17 of the Subcontract Agreement.[3] No stay as to California State proceeding SICVCV1760838[4] is ordered.

DATED this 27th day of September, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 4-2 at 34.

[4] Docs. 10-4, 10-5.